UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CECILIO LARA ROMERO,<br>  Petitioner | Case No. 15-cv-05324 MEJ<br>**JUDGMENT** |

The Court has dismissed the instant action without prejudice for failure to prosecute and failure to comply with the Court's deadlines and order. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 23, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge